Exhibit A

# Trademark/Service Mark Application, Principal Register

Serial Number: 78898375
Filing Date: 06/01/2006

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | RODMAN & RENSHAW |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | RODMAN & RENSHAW |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | RODMAN & RENSHAW, LLC |
| INTERNAL ADDRESS | 16th Floor |
| STREET | 1270 Avenue of the Americas |
| CITY | New York |
| STATE | New York |
| ZIP/POSTAL CODE | 10020 |
| COUNTRY | United States |
| PHONE | 212-356-0500 |
| FAX | 212-581-5690 |
| EMAIL | tmdocket@oblon.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **LEGAL ENTITY SECTION** | |
| TYPE | LIMITED LIABILITY COMPANY |
| STATE/COUNTRY UNDER WHICH ORGANIZED | Delaware |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 036 |
| DESCRIPTION | arranging and conducting business conferences; investment banking services; brokerage of shares or stocks and other securities; financial investment in the field of securities; financial services, namely assisting others with the completion of financial transactions for stocks, bonds, securities and equities; financial services, namely merchant banking services; consulting services in the field of corporate finance; consulting services in the field of business mergers and acquisitions |

| FILING BASIS | Section 1(b) |
|---|---|
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| PAYMENT METHOD | RAM |
| **ATTORNEY** | |
| NAME | Brian B. Darville |
| FIRM NAME | OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C. |
| STREET | 1940 Duke Street |
| CITY | Alexandria |
| STATE | Virginia |
| ZIP/POSTAL CODE | 22314 |
| COUNTRY | United States |
| PHONE | 703-412-6426 |
| FAX | 703-413-2220 |
| EMAIL | tmdocket@oblon.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 292173US43 |
| **CORRESPONDENCE SECTION** | |
| NAME | Brian B. Darville |
| FIRM NAME | OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C. |
| STREET | 1940 Duke Street |
| CITY | Alexandria |
| STATE | Virginia |
| ZIP/POSTAL CODE | 22314 |
| COUNTRY | United States |
| PHONE | 703-412-6426 |
| FAX | 703-413-2220 |
| EMAIL | tmdocket@oblon.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Thu Jun 01 10:30:11 EDT 2006 |

| TEAS STAMP | USPTO/BAS-125812811-20060<br>601105011701224-78898375-<br>20042a1b4fa23809310cdb395<br>da53bb8a49-RAM-000-200606<br>01160723721698 |
|---|---|

## Trademark/Service Mark Application, Principal Register

Serial Number: 78898375
Filing Date: 06/01/2006

## To the Commissioner for Trademarks:

MARK: (Standard Characters, see mark)
The mark consists of standard characters, without claim to any particular font, style, size, or color.
The literal element of the mark consists of RODMAN & RENSHAW.
The applicant, RODMAN & RENSHAW, LLC, a limited liability company organized under the laws of Delaware, residing at 16th Floor, 1270 Avenue of the Americas, New York, New York, United States, 10020, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).
    International Class 036: arranging and conducting business conferences; investment banking services; brokerage of shares or stocks and other securities; financial investment in the field of securities; financial services, namely assisting others with the completion of financial transactions for stocks, bonds, securities and equities; financial services, namely merchant banking services; consulting services in the field of corporate finance; consulting services in the field of business mergers and acquisitions
The applicant hereby appoints Brian B. Darville of OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT, P.C., 1940 Duke Street, Alexandria, Virginia, United States, 22314 to submit this application on behalf of the applicant. The attorney docket/reference number is 292173US43.
The USPTO is authorized to communicate with the applicant or its representative at the following email address: trndocket@oblon.com.
A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.
Mailing Address:
    Brian B. Darville
    1940 Duke Street
    Alexandria, Virginia 22314
RAM Sale Number: 000
RAM Accounting Date: 06/01/2006
Serial Number: 78898375
Internet Transmission Date: Thu Jun 01 10:30:11 EDT 2006
TEAS Stamp: USPTO/BAS-125812811-20060601103011701224
-78898375-20042a1b4fa23809310cdb395da53b
b8a49-RAM-000-20060601160723721698

# RODMAN & RENSHAW

Exhibit B

http://jpdahmst.com/P2552006-4:53:55 PM

*Clark & Rodman*

# Rodman & Renshaw   Rodman & Renshaw   Rodman & Renshaw

## Rodman's Action Against a Research Analyst

This web site seeks to encourage the partners of Rodman & Renshaw (Edward Rubin, John Borer, and Michael Vasinkevich) to acknowledge that their Director of Research (Michael King) acted improperly in denying a senior analyst his request to lower his research rating on an investment banking client. Rodman has acknowledged that they are currently being investigated by the Securities and Exchange Committee regarding this incident. This case has been the subject an NY Times article by Pulitzer Prize Winning journalist Gretchen Morgenson. While the analyst believes that evidence cited below clearly suggests violations of NASD 2711, SEC Regulation AC and the spirit of Sarbanes-Oxley, the partners of Rodman have maintained that broker-dealers control the ratings on stocks (not the analyst) and that they may fire an employee for any reason.

### Key Events:

| | |
|---|---|
| 2/24/06 | Rodman analyst tries to downgrade his rating on a investment banking client because it's stock has reached the published target price. |
| 2/25/06 | Director of Research emails analyst to suggest he "finesse" the target price rather than lower the investment rating. |
| 2/27/06 | Analyst attempts to get around Director of Research by emailing the report to members of Rodman's Investment Review Committee (IRC). |
| 2/27/06 | Director of Research sends a second email to the analyst in which he refuses to allow the report to even be reviewed by the IRC. |
| 2/28/06 | Analyst sends a first email and then a second email to the Head of Compliance asking to have his name removed from coverage of the stock. |
| 3/2/06 | Rodman emails its employees announcing that analyst who tried to downgrade the banking client is being removed from the Research Department. |
| 3/9/06 | Analyst tells minority and majority staff of US Senate Finance Committee about Rodman's actions and provides copies of emails. |
| 3/14/06 | Rodman sends analyst an email notification that his employment has been terminated with no written explanation for cause. |
| 3/15/06 | Analyst recontacts Finance Committee staff and says Rodman told him verbally that he was fired for reporting matter to Congress. |
| 3/15/06 | Analyst receives call from lawyer in the enforcement division of the Securities and Exchange Commission. |

Exhibit C

Clark & Rodman

# Rodman & Renshaw   Rodman & Renshaw   Rodman & Renshaw

## Rodman's Action Against a Research Analyst

**This web site seeks to encourage the partners of Rodman & Renshaw (Edward Rubin, John Borer, and Michael Vasinkevich) to acknowledge that their Director of Research (Michael King) acted improperly in denying a senior analyst his request to lower his research rating on an investment banking client. This case has been Rodman has acknowledged that they are currently being investigated by the Securities and Exchange Committee regarding this incident. This case has been the subject an NY Times article by Pulitzer Prize Winning journalist Gretchen Morgenson. While the analyst believes that evidence cited below clearly suggests violations of NASD 2711, SEC Regulation AC and the spirit of Sarbanes-Oxley, the partners of Rodman have maintained that broker-dealers control the ratings on stocks (not the analyst) and that they may fire an employee for any reason.**

### Key Events

2/24/06    Rodman analyst tries to downgrade his rating on a investment banking client because it's stock price has reached the published target price.
2/25/06    Director of Research emails analyst to suggest he "finesse" the target price rather than lower the investment rating.
2/27/06    Analyst attempts to get around Director of Research by emailing the report to members of Rodman's Investment Review Committee (IRC).
2/27/06    Director of Research sends a second email to the analyst in which he refuses to allow the report to even be reviewed by the IRC.
2/28/06    Analyst sends a first email and then a second email to the Head of Compliance asking to leave his name removed from coverage of the stock.
3/2/06     Rodman emails its employees announcing that analyst who tried to downgrade the banking client is being removed from the Research Department.
3/9/06     Analyst tells minority and majority staff of US Senate Finance Committee about Rodman's actions and provides copies of emails.
3/14/06    Rodman sends analyst an email notification that his employment has been terminated with no written explanation for cause.
3/15/06    Analyst recontacts Finance Committee staff and says Rodman told him verbally that he was fired for reporting matter to Congress.
3/15/06    Analyst receives call from lawyer in the enforcement division of the Securities and Exchange Commission.

http://webeushubin.com/925Z5006-6:52:02 PM

Exhibit D

Clark & Renshaw

# Rodman & Renshaw   Rodman & Renshaw   Rodman & Renshaw

## Rodman's Action Against a Research Analyst

This web site seeks to encourage the partners of Rodman & Renshaw (Edward Rubin, John Borer, and Michael Vasinkevich) to acknowledge that their Director of Research (Michael King) acted improperly in denying a senior analyst his request to lower his research rating on an investment banking client. This case has been Rodman has acknowledged that they are currently being investigated by the Securities and Exchange Committee regarding this incident. While the analyst believes that evidence cited below clearly the subject an NY Times article by Pulitzer Prize Winning journalist Gretchen Morgenson. While the analyst believes that evidence cited below clearly suggests violations of NASD 2711, SEC Regulation AC and the spirit of Sarbanes-Oxley, the partners of Rodman have maintained that broker-dealers control the ratings on stocks (not the analyst) and that they may fire an employee for any reason.

### Key Events

| | |
|---|---|
| 2/24/06 | Rodman analyst tries to downgrade his rating on a investment banking client because it's stock price has reached the published target price. |
| 2/25/06 | Director of Research emails analyst to suggest he "finesse" the target price rather than lower the investment rating. |
| 2/27/06 | Analyst attempts to get around Director of Research by emailing the extent to members of Rodman's Investment Review Committee (IRC). |
| 2/27/06 | Director of Research sends a second email to the analyst in which he refuses to allow the report to even be reviewed by the IRC. |
| 2/28/06 | Analyst sends a first email and then a second email to the Head of Compliance asking to have his name removed from coverage of the stock. |
| 3/2/06 | Rodman emails its employees announcing that analyst who tried to downgrade the banking client is being removed from the Research Department. |
| 3/9/06 | Analyst tells minority and majority staff of US Senate Finance Committee about Rodman's actions and provides copies of emails. |
| 3/14/06 | Rodman sends analyst an email notification that his employment has been terminated with no written explanation for cause. |
| 3/15/06 | Analyst recontacts Finance Committee staff and says Rodman told him verbally that he was fired for reporting matter to Congress. |
| 3/15/06 | Analyst receives call from lawyer in the enforcement division of the Securities and Exchange Commission. |

Exhibit E

Rodman & Renshaw

## Rodman & Renshaw
Serving Emerging Growth Sectors For Over 50 Years

About Us | Bankers | Conferences | Contact Us

**Navigation:**
- Home
- About Us
- Conferences
- Focus Areas
- Healthcare
- Technology
- Press Room
- Our Heritage
- Research
- Investment Banking
- Recent Transactions
- Sales & Trading
- Market Maker List
- Contact Us

## About Us

### Serving Emerging Growth Sectors For Over 50 Years

Rodman & Renshaw

Business Continuity Plan

Exhibit F

Clark & Rodman



## SILLER WILK LLP

# Allegation That Siller Wilk is Using NASD Fo

This web site has been created to draw attention from the legal community to an tactic sugge: use against an analyst that was fired following his attempt to downgrade an investment banki involved in the case, with links to the supporting documents and emails that have been pr Securities and Exchange Committee, NASD Market Enforcement, Association for Investment of Research Analysts and the New York Attorney General's Office. The evidence cited below trying to exercise his rights as a research analyst according to NASD 2711, SEC Regulati mention was made of cause of action on the employee's termination letter and the Director of ( no mark would be made on his Form U-5 which is kept by the NASD as a reference document became the subject of a NY Times article by Pulitzer Prize Winning journalist Gretcher statement on his U-5 claiming that it had begun an investigation a month ealier. However, no been made since then. Furthermore, despite repeated requests by the analyst for a statement I some evidence be given about the existance of an investigation, the analyst has not been con bottom of this page, we allow a forum for you, the reader, to add your opinions on Rodman': Chairman.

|  | Key Events |
|---|---|
| 2/24/06 | Rodman analyst tries to downgrade his rating on a investment banking client because price. |
| 2/25/06 | Director of Research emails analyst to suggest he "finesse" the target price rather thar |
| 2/27/06 | Analyst attempts to get around Director of Research by emailing the report to membe (IRC). |
| 2/27/06 | Director of Research sends a second email to the analyst in which he refuses to allow |
| 2/28/06 | Analyst sends a first email and then a second email to the Head of Compliance askin; stock. |
| 3/2/06 | Rodman emails its employees announcing that analyst who tried to downgrade the ba Department. |
| 3/9/06 | Analyst tells minority and majority staff of US Senate Finance Committee about Rod |
| 3/14/06 | Rodman sends analyst an email notification that his employment has been terminated |
| 3/15/06 | Analyst recontacts Finance Committee staff and says Rodman told him verbally that I |
| 3/15/06 | Analyst receives call from lawyer in the enforcement division of the Securities and E: |
| 4/9/06 | New York Times Pulitzer Prize journalist Gretchen Morgenson writes an article that |
| 4/12/06 | Rodman files a statement of analysts form U-5 claiming that it had begun an investig; been contacted about the investigation. |

Comments

Email

Name

Comment

Submit

Comments

displaying of N comments

Enter your comment

Exhibit G

Jessica Taran

From:      michael king [nationalwhistleblowers@yahoo.com]
Sent:      Wednesday, September 13, 2006 11:48 AM
To:        John Borer
Cc:        mv; E Rubin
Subject:   Please visit www.johnborer.com

Get your email and more, right on the new Yahoo.com

Exhibit H

## Jessica Taran

From:    michael king [nationalwhistleblowers@yahoo.com]
Sent:    Wednesday, September 13, 2006 11:49 AM
To:      E Rubin
Cc:      mv; John Borer
Subject: Please visit www.edwardrubin.com

How low will we go? Check out Yahoo! Messenger's low PC-to-Phone call rates.

Exhibit I

## Jessica Taran

From:    michael king [nationalwhistleblowers@yahoo.com]
Sent:    Wednesday, September 13, 2006 5:12 PM
To:      E Rubin; mv; John Borer
Subject: Survey on Rodman's Actions Against a Research Analyst

Please respond with suggested changes to the web sites emailed to you earlier today within one week. After that date, we intend to put the sites back on the web and conduct a survey of Wall Street professionals on whether your actions constitute acceptable conduct or unethical behavior.

Webmaster

Yahoo! Messenger with Voice. Make PC-to-Phone Calls to the US (and 30+ countries) for 2¢/min or less.

Exhibit J

Clark & Rodman





Rodman
&Renshaw
Serving Emerging Growth Sectors For Over 50 Years

# Open Letter to General Clark - Chairman of Rodman & Renshaw

This web site has been created to respectfully encourage General Wesley Clark to fulfill his fiduciary duty as Rodman's Chairman in regards to the punishment of a research analyst for trying to downgrade his investment rating on one of Rodman's banking client. Shown below are the series of events involved in the case, with links to the supporting documents and emails that have been provided to the Senate Finance Committee, the Securities and Exchange Committee, NASD Market Enforcement, Association for Investment Management and Research, New York Society of Research Analysts and the New York Attorney General's Office. While the evidence cited below clearly suggests violations of NASD 2711 and SEC Regulation AC, General Clark has so far failed to take disciplinary action against any of the partners or officers of Rodman and Renshaw that were involved in this matter.

## Key Events

2/24/06   Rodman analyst tries to downgrade his rating on a investment banking client because it's stock price has reached the published target price.

2/25/06   Director of Research emails analyst to suggest he "finesse" the target price rather than lower the investment rating.

2/27/06   Analyst attempts to get around Director of Research by emailing the report to members of Rodman's Investment Review Committee (IRC).

2/27/06   Director of Research sends a second email to the analyst in which he refuses to allow the report to even be reviewed by the IRC.

2/28/06   Analyst sends a first email and then a second email to the Head of Compliance asking to have his name removed from coverage of the stock.

3/2/06    Rodman emails its employees announcing that analyst who tried to downgrade the banking client is being removed from the Research Department.

3/9/06    Analyst tells minority and majority staff of US Senate Finance Committee about Rodman's actions and provides copies of emails.

3/14/06   Rodman sends analyst an email notification that his employment has been terminated with no written explanation for cause.

3/15/06   Analyst recontacts Finance Committee staff and says Rodman told him verbally that he was fired for reporting matter to Congress.

3/15/06   Analyst receives call from lawyer in the enforcement division of the Securities and Exchange Commission.

Case No. 06 CV 8210 (WHP)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODMAN & RENSHAW, LLC,
JOHN BORER, EDWARD RUBIN, MICHAEL
VASINKEVICH and WESLEY K. CLARK,

Plaintiffs,

- against -

MATTHEW N. MURRAY,

Defendant.

## SUMMONS & COMPLAINT

SILLER WILK LLP
Attorneys for Plaintiff
*Rodman & Renshaw, LLC, John Borer, Edward
Rubin, Michael Vasinkevich, and Wesley K. Clark*
675 Third Avenue
New York, New York 10017-5704
(212) 421-2233